IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| IN RE: | ) | 8:06CV384 |
|  | ) |  |
|  | ) | MASTER FILE |
| WEST CORPORATION FLSA | ) |  |
| LITIGATION | ) | ORDER |
|  | ) |  |
|  | ) |  |
|  | ) |  |

IT IS ORDERED,

Defendant's unopposed oral motion to reschedule the Rule 16 planning conference is granted and the planning conference is rescheduled to June 12, 2006 at 11:00 a.m. Central Standard time, to be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 1st day of June, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge