IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>WEST CORPORATION FLSA<br>LITIGATION | 8:06CV384<br><br>MASTER FILE<br><br>**AMENDED**<br>**ORDER** |

IT IS ORDERED,

Defendant's unopposed oral motion to reschedule the Rule 16 planning conference is granted and the planning conference is rescheduled to **July** 12, 2006 at 11:00 a.m. Central Standard time, to be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 5th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge