IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | 8:06CV384 |
| | ) | |
| WEST CORPORATION FLSA | ) | **MASTER FILE** |
| LITIGATION | ) | |
| | ) | ORDER |
| | ) | |

On June 7, 2006, the court received a letter from plaintiffs' counsel requesting clarification of the briefing schedule set in the court's order of May 25, 2006, filing 1.

On June 9, 2006, defendant's counsel responded by letter.

The court has considered the letters, and

IT IS ORDERED:

The plaintiffs' letter request to bring their summary judgment motion on the issue of liquidated damages concurrent with the deadlines established for defendant's motion for summary judgment on the issue of willfulness is denied.

DATED this 12th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge