IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | 8:06CV384 |
| WEST CORPORATION FLSA ) | |
| LITIGATION ) | |
| ) | |
| ) | ORDER |
| ) | |

1. The defendant's unopposed oral motion for a continuance of the summary judgment deadline is granted.

2. The deadline for filing motions for summary judgment on the issue of "willfulness" is continued to October 2, 2006.

3. All other deadlines set forth in the court's progression order for this case, filing 11, remain in effect.

DATED this 29th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge