FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JAN 25 PM 1:36

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In Re: §
West Corporation FLSA Litigation §   Civil Action No. 8:06-CV-384
§   MASTER FILE

## ORDER

On this day came on to be heard the Defendant's Unopposed Motion to Seal. Having reviewed the Motion, the Court concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Seal is GRANTED. **IT IS FURTHER ORDERED** that the Clerk of the Court is ordered to file and maintain under seal Defendant's Unopposed Motion for Judicial Approval of Settlement with its attached Exhibits 1, 2 and 3 (including Exhibit A to Exhibit 1) until further order of this Court.

DATED: JANUARY 25, 2007

BY THE COURT:

~~David Piester~~ RICHARD G. KOPF
United States ~~Magistrate~~ District Judge