FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JAN 25 PM 1:36

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In Re:
West Corporation FLSA Litigation

§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 8:06-CV-384
MASTER FILE

ORDER

On this day came on to be heard the Defendant's Unopposed Motion for Judicial Approval of Settlement. Having reviewed the Motion, the Court concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Judicial Approval of Settlement is GRANTED.

DATED: JANUARY 25, 2007

BY THE COURT:

~~David Piester~~ RICHARD G. KOPF
United States ~~Magistrate~~ District Judge

507464