## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | 8:06CV384 |
| | ) | MASTER FILE |
| WEST CORPORATION FLSA | ) | |
| LITIGATION | ) | **JUDGMENT** |
| | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 18) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that:

1.      All cases referenced in the court's order of May 25, 2006 (filing 1), are dismissed with prejudice, with each party to bear their own costs.

2.      The clerk shall file a copy of this judgment in each individual and group case file.

February 1, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge